**MINUTE ORDER - UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

PLACE: Dallas    JUDGE: **Barbara M. G. Lynn**    DATE: June 12, 2014

REPORTER: Keith Johnson    MARSHAL:    DEPUTY: Andrew Blumberg (law clerk)

INTERPRETER:    CSO: Duty    COURT TIME: 1 Hr 40 Mins TTL

---

**CIVIL ACTIONS**

| TIME | CASE NUMBER & STYLE | TYPE OF HEARING & RESULTS | ATTYS PRESENT |
|---|---|---|---|
| 2:00 p.m. | 3:13-CV-4776-M<br>iLife Technologies, Inc.<br>vs.<br>BodyMedia, Inc.<br><br>3:13-CV-4778-M<br>iLife Technologies, Inc.<br>vs.<br>Fitbit, Inc.<br><br>3:13-CV-4780-M<br>iLife Technologies, Inc.<br>vs.<br>AliphCom<br><br>3:13-CV-4987-M<br>iLife Technologies, Inc.<br>vs.<br>Nintendo of America, Inc. | MOTION HEARING | Pla - Michael C. Wilson<br>Pla - S. Wallace Dunwoody<br>Dft - Brandon Seal<br>Dft - Erik Milch<br>Dft - Timothy Saulsbury<br>Dft - Clement Rogers<br>Dft - Dan Gold<br>Dft - Andrew Guthrie<br>Dft - Stephen R. Smith<br>Dft - Thomas C. Wright<br>Dft - Tex Cunningham<br>Dft - Alex Whitman |
| | | The Court held a hearing on Defendants' Motions to Transfer. For the reasons set on the record:<br><br>Dft BodyMedia, Inc.'s Motion is **GRANTED** and is hereby **TRANSFERRED** to the Western District of Pennsylvania, Pittsburgh Division.<br><br>Defendant Fitbit, Inc.'s Motion is **GRANTED** and the case is hereby **TRANSFERRED** to the Northern District of California, San Francisco Division.<br><br>Defendant AliphCom's Motion is **GRANTED** and the case is hereby **TRANSFERRED** to the Northern District of California, San Francisco Division.<br><br>Defendant Nintendo of America, Inc.'s Motion is **DENIED**.<br><br>Order to enter. | |
| 3:40 p.m. | | Hearing concluded. | |