**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ILIFE TECHNOLOGIES, INC., § | |
| § | |
| Plaintiff, § | |
| § | Case No. 3:13-cv-04987 |
| v. § | |
| § | **Jury Trial Demanded** |
| NINTENDO OF AMERICA INC., § | |
| § | |
| Defendant. § | |

**DEFENDANT NINTENDO OF AMERICA'S NOTICE OF
COMPLIANCE WITH PARAGRAPHS 3-3 AND 3-4**

Defendant Nintendo of America Inc. hereby provides notice that it served its disclosures under Paragraphs 3-3 and 3-4 of Amended Miscellaneous Order No. 62 of the Northern District of Texas on August 18, 2014.

Dated: August 19, 2014

Respectfully submitted,

*/s/   Thomas C. Wright*
Thomas C. Wright
Texas State Bar No. 24028146
Alex J. Whitman
Texas State Bar No. 24081210
ROSE WALKER, LLP
3500 Maple Avenue, Suite 900
Dallas, TX 75219
Telephone: (214) 752-8600
Fax: (214) 752-8600
twright@rosewalker.com
awhitman@rosewalker.com

Of Counsel:

Stephen R. Smith (*Pro Hac Vice*)
Stephen P. McBride (*Pro Hac Vice*)

        Laura J. Cunningham (*Pro Hac Vice*)
        COOLEY LLP
        11951 Freedom Drive
        Suite 1600
        Reston, VA 20190-5656
        Telephone: (703) 456-8000
        Fax: (703) 456-8100
        stephen.smith@cooley.com
        smcbride@cooley.com
        lcunningham@cooley.com

*Attorneys for Defendant*
*Nintendo of America, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned certifies that a true and correct copy of the foregoing was served via CM/ECF upon all counsel of record on August 19, 2014.

        */s/ Thomas C. Wright*