**MINUTE ORDER - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS**

PLACE: Dallas          JUDGE: **Barbara M. G. Lynn**          DATE: January 12, 2015

REPORTER: Keith Johnson          MARSHAL:          DEPUTY: Cynthia Schmidt (law clerk)

INTERPRETER:          CSO: Duty          COURT TIME: **45 Mins TTL**

---

### CIVIL ACTIONS

| TIME | CASE NUMBER & STYLE | TYPE OF HEARING & RESULTS | ATTYS PRESENT |
|---|---|---|---|
| 9:00 a.m. | 3:13-CV-4987-M<br>iLife Technologies<br>vs.<br>Nintendo of America, Inc. | Tech Tutorial<br><br>The Court held a tech tutorial in this case.<br><br>No order to enter. | Plaintiff - Michael Wilson<br>Defendant - Stephen Smith |
| 9:45 a.m. | | Adjourned. | |