**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| ILIFE TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:13-cv-04987 |
| | § | |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Status Report [Docket Entry #109]. The parties request leave to submit supplemental briefing regarding claim construction. The request is **GRANTED**. The parties may submit supplemental briefing according to the schedule proposed by the parties. *Id.* at 7.

**SO ORDERED.**

August 5, 2016.

_____
**BARBARA M. G. LYNN
CHIEF JUDGE**

1