**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| ILIFE TECHNOLOGIES, INC., | § § | |
| Plaintiff, | § § | Case No. 3:13-cv-04987 |
| v. | § § | |
| NINTENDO OF AMERICA INC., | § § | |
| Defendant. | § § | |

**DEFENDANT NINTENDO OF AMERICA INC.'S
<u>NOTICE RE: POTENTIAL CONFLICT WITH TRIAL DATE</u>**

Pursuant to the Court's Scheduling Order (D.I. 126) issued on October 6, 2016, this case is currently scheduled for a five day jury trial on this Court's two-week docket beginning August 14, 2017 at 9:00 a.m. Nintendo of America Inc. ("Nintendo") hereby wishes to call to the Court and to opposing counsel's attention that these dates coincide with the Japanese Obon holiday beginning on August 13, 2017. Due to the Obon holiday, Japanese witnesses who will need to testify at trial will be unavailable during the week of August 14, 2017.

Dated: October 14, 2016

Respectfully submitted,

*/s/ Rose S. Whelan*
Thomas C. Wright
Texas State Bar No. 24028146
Alex J. Whitman
Texas State Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75207
Telephone: (214) 646-1495
Fax: (214) 613-1163
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

Of Counsel:

Stephen R. Smith (*Pro Hac Vice*)
Rose S. Whelan (*Pro Hac Vice)*
Cooley LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004
(202) 842-7800
stephen.smith@cooley.com
rwhelan@cooley.com

Stephen P. McBride (*Pro Hac Vice*)
Cooley LLP
11951 Freedom Drive
Reston, VA 20190-5656
(703) 456-8000
smcbride@cooley.com

*Attorneys for Defendant*
*Nintendo of America Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing **DEFENDANT NINTENDO OF AMERICA INC.'S  NOTICE RE: POTENTIAL CONFLICT WITH TRIAL DATE** was served via CM/ECF upon all counsel of record on October 14, 2016.

*/s/  Rose S. Whelan*