# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ILIFE TECHNOLOGIES, INC., | § § | |
| Plaintiff, | § § | |
| v. | § § § | Case No. 3:13-cv-04987 |
| NINTENDO OF AMERICA INC., | § § | |
| Defendant. | § | |

## JOINT NOTICE OF AGREEMENT REGARDING DEADLINES

Plaintiff iLife Technologies, Inc. ("iLife") and Defendant Nintendo of America Inc. ("NOA") hereby file this Joint Notice of Agreement Regarding Deadlines, pursuant to Paragraph 16 of the Court's Patent Scheduling Order (Dkt. 126). Under that Paragraph, the parties may agree to modify certain deadlines so long as such extensions do not extend the deadline to object to experts to less than 28 days before trial and written notice of such an agreement is promptly provided to the Court. The parties have agreed to modify the following deadlines:

- Completion of Fact Discovery (Paragraph 11): From November 17, 2016 to December 15, 2016
- Initial Designation of Experts (Paragraph 5): From December 14, 2016 to January 26, 2017
- Responsive Designation of Experts (Paragraph 6): From February 3, 2017 to February 28, 2017
- Completion of Expert Discovery (Paragraph 11): From March 17, 2017 to March 22, 2017

All of these deadlines may be modified by agreement under Paragraph 16 of the Court's Patent Scheduling Order.

Dated: October 18, 2016

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas C. Wright* | */s/ Michael C. Wilson* |
| Thomas C. Wright | Michael C. Wilson |
| Texas State Bar No. 24028146 | mwilson@munckwilson.com |
| Alex J. Whitman | Texas Bar No. 21704590 |
| Texas State Bar No. 24081210 | S. Wallace Dunwoody |
| Cunningham Swaim, LLP | wdunwoody@munckwilson.com |
| 7557 Rambler Road, Suite 400 | Texas Bar No. 24040838 |
| Dallas, TX 75207 | Jacob LaCombe |
| Telephone: (214) 646-1495 | jlacombe@munckwilson.com |
| Fax: (214) 613-1163 | Texas Bar No. 24070098 |
| twright@cunninghamswaim.com | Jordan C. Strauss |
| awhitman@cunninghamswaim.com | jstrauss@munckwilson.com |
| | Texas Bar No. 24088480 |

Of Counsel:

**MUNCK WILSON MANDALA, LLP**

Stephen R. Smith (*Pro Hac Vice*)
Rose Whelan (*Pro Hac Vice*)
Cooley LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004
(202) 842-7800
stephen.smith@cooley.com
rwhelan@cooley.com

12770 Coit Road, Suite 600
Dallas, Texas 75251
(972) 628-3600 - phone
(972) 628-3616 - fax

*Counsel for Plaintiff*
*iLife Technologies, Inc.*

Stephen P. McBride (*Pro Hac Vice*)
Cooley LLP
11951 Freedom Drive
Reston, VA 20190-5656
(703) 456-8000
smcbride@cooley.com

*Attorneys for Defendant*
*Nintendo of America Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served via CM/ECF upon all counsel of record on October 18, 2016.

> */s/ Thomas C. Wright*