IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ILIFE TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:13-cv-04987 |
| v. | § | |
| | § | |
| NINTENDO OF AMERICA INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

**JOINT MOTION TO EXTEND DEADLINE FOR SETTLEMENT CONFERENCE**

Plaintiff iLife Technologies, Inc. ("iLife") and Defendant Nintendo of America Inc. ("NOA") hereby jointly move pursuant to Paragraph 16 of the Scheduling Order (Dkt. No. 126) to extend the deadline for completing the Settlement Conference required in paragraph 12 of the Court's Scheduling Order from February 10, 2017, to February 17, 2017. The Parties seek an extension in furtherance of the parties' good faith effort to settle the case. At the conclusion of the conference, counsel will, within three business days, notify the Court in writing of the participants' names and capacities, and the results of the settlement conference.

Respectfully submitted,

*/s/ Stephen Smith*
Thomas C. Wright
Texas State Bar No. 24028146
Alex J. Whitman
Texas State Bar No. 24081210
CUNNINGHAM SWAIM, LLP
7557 Rambler Road, Suite 440
Dallas, TX 75231
Telephone: (214) 646-1495

*/s/ Michael C. Wilson*
Michael C. Wilson
mwilson@munckwilson.com
Texas Bar No. 21704590
S. Wallace Dunwoody
wdunwoody@munckwilson.com
Texas Bar No. 24040838
Jacob L. LaCombe
jlacombe@munckwilson.com

Facsimile: (214) 613-1163
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

Of Counsel:

Stephen R. Smith (*Pro Hac Vice*)
Rose Whelan (*Pro Hac Vice)*
Cooley LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004
(202) 842-7800
stephen.smith@cooley.com
rwhelan@cooley.com

Matthew J. Brigham (*Pro Hac Vice)*
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5677
mbrigham@cooley.com

Stephen P. McBride (*Pro Hac Vice*)
Cooley LLP
11951 Freedom Drive
Reston, VA 20190-5656
(703) 456-8000
smcbride@cooley.com

**ATTORNEYS FOR DEFENDANT NINTENDO OF AMERICA, INC.**

Texas Bar No. 24070098
MUNCK WILSON MANDALA, LLP
12770 Coit Road, Suite 600
Dallas, Texas 75251
Telephone: (972) 628-3600
Facsimile: (972) 628-3616

**ATTORNEYS FOR PLAINTIFF ILIFE TECHNOLOGIES, INC.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was served on all known counsel of record via CM/ECF, in accordance with the Federal Rules of Civil Procedure, on February 10, 2017.

*/s/* Stephen Smith
Stephen Smith

714584