IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ILIFE TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 3:13-cv-04987 |
| v. | § | |
| | § | |
| NINTENDO OF AMERICA INC., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT NINTENDO OF AMERICA INC.'S RESPONSE IN OPPOSITION TO iLIFE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.4, Defendant Nintendo of America Inc. ("NOA") files its Response in Opposition to iLife's Second Motion for Partial Summary Judgment.

As set forth fully in its accompanying brief, which satisfies each requirement of Local Rule 56.4(a), NOA opposes iLife's Motion for summary judgment. This Motion is accompanied by NOA's Brief in Opposition to iLife's Second Motion for Partial Summary Judgment, as well as the Supporting Appendix.

1

Dated: June 21, 2017

Respectfully submitted,

*/s/ Stephen R. Smith*
Thomas C. Wright
Texas State Bar No. 24028146
Alex J. Whitman
Texas State Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75207
Telephone: (214) 646-1495
Fax: (214) 613-1163
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

Clyde M. Siebman
Texas State Bar No. 18341600
Siebman, Burg, Phillips & Smith, L.L.P.
300 N. Travis Street
Sherman, Texas  75090
Telephone: 903-870-0070
Facsimile:   903-870-0066
clydesiebman@siebman.com

Of Counsel:

Stephen R. Smith (*Pro Hac Vice*)
Rose Whelan (*Pro Hac Vice)*
Lisa F. Schwier *(Pro Hac Vice)*
Cooley LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004
(202) 842-7800
stephen.smith@cooley.com
rwhelan@cooley.com
lschwier@cooley.com

Matthew J. Brigham (*Pro Hac Vice*)
Dena Chen (*Pro Hac Vice*)
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5677
mbrigham@cooley.com
dchen@cooley.com

Stephen P. McBride (*Pro Hac Vice*)
Cooley LLP
11951 Freedom Drive
Reston, VA 20190-5656
(703) 456-8000
smcbride@cooley.com

*Attorneys for Defendant*
*Nintendo of America Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing **DEFENDANT NINTENDO OF AMERICA INC.'S RESPONSE IN OPPOSITION TO iLIFE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT** was served via CM/ECF upon all counsel of record on June 21, 2017.

>                    */s/  Stephen R. Smith*
>                    Stephen R. Smith