RECEIVED
JUN 23 2017
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

3:13cv4987-M

## Cooley

1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
+1 202 842 7800

iLife Technologies, Inc. v. Nintendo of America Inc.
3:13-cv-04987

June 21, 2017

Exhibit 6 to Nintendo Response in Opposition to iLife's Second Motion for Partial Summary Judgement
(Audio Recording of Nintendo of America Inc. v. iLife Technologies, Inc. Appeal No. 2016-2266 – June 8, 2017)

# Cooley

RECEIVED
JUN 23 2017
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Stephen R. Smith
+1 703 456 8035
stephen.smith@cooley.com

Via Overnight Mail

June 22, 2017

Clerk of Court
Earle Cabell Federal Building
1100 Commerce St,
Dallas, TX 75242

Re:   Case No. 3:13-cv-04987-M, *iLife Technologies, Inc. v. Nintendo of America, Inc.*;
      U.S. District Court, Northern District of Texas, Dallas Division

To Whom It May Concern:

Enclosed please find a DVD containing the audio file referenced as Exhibit 6 to the Appendix to Defendant Nintendo of America Inc.'s Brief In Opposition to iLife's Second Motion For Partial Summary Judgment (Dkt No. 233 ) in the above-referenced matter.

Sincerely,

/s/ Stephen R. Smith

Stephen R. Smith


Enclosure
cc: Wallace Dunwoody (w/o Enclosure)