IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ILIFE TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | **Civil Action No. 3:13-cv-04987-M** |
| v. | § | |
| | § | |
| NINTENDO OF AMERICA INC., | § | |
| | § | |
| Defendant. | § | |

### ILIFE'S RESPONSE TO NINTENDO OF AMERICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. §§ 112 AND 101 AND FAILURE TO MARK

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.4, Plaintiff iLife Technologies, Inc. ("iLife") files this Response to Nintendo's Motion for Partial Summary Judgment of Invalidity Under 35 U.S.C. §§ 112 and 101 and Failure to Mark [Doc. 223] ("Nintendo's Motion for Partial Summary Judgment").

This response is accompanied by iLife's Brief in Opposition to Nintendo's Motion for Partial Summary Judgment (the "accompanying brief"). Each of the matters required by Local Rule 56.4(a) is set forth in iLife's accompanying brief, including the legal and factual grounds on which iLife relies, the existence of genuine issues of material fact, the citations to each page of the Appendix, and the reasons why summary judgment is improper.

Dated: June 26, 2017

                Respectfully submitted,

*/s/   Michael C. Wilson*
Michael C. Wilson
mwilson@munckwilson.com
Texas Bar No. 21704590

S. Wallace Dunwoody
wdunwoody@munckwilson.com
Texas Bar No. 24040838

Jacob LaCombe
jlacombe@munckwilson.com
Texas Bar No. 24070098

Shain Khoshbin
skhoshbin@munckwilson.com
State Bar No. 11375975

Jordan C. Strauss
jstrauss@munckwilson.com
Texas Bar No. 24088480

**MUNCK WILSON MANDALA, LLP**
12770 Coit Road, Suite 600
Dallas, Texas 75251
Telephone: (972) 628-3600
Facsimile: (972) 628-3616

**ATTORNEYS FOR PLAINTIFF
ILIFE TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of this document has been served via the Court's CM/ECF, in accordance with the Federal Rules of Civil Procedure on June 26, 2017.

                */s/ Michael C. Wilson*
                Michael C. Wilson

731988.