IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ILIFE TECHNOLOGIES, INC., | § § | |
| Plaintiff, | § § § | Case No. 3:13-cv-04987 |
| v. | § § | |
| NINTENDO OF AMERICA INC., | § § § | |
| Defendant. | § | |

**DEFENDANT NINTENDO OF AMERICA INC.'S
MOTION TO STRIKE iLIFE'S UNTIMELY NEW EXPERT OPINIONS;
<u>EXPEDITED BRIEFING REQUESTED BY SEPARATE MOTION</u>**

Expert discovery has been closed for weeks. Pretrial and trial deadlines are fast approaching. Jury selection begins August 14, 2017. Recently, however, iLife submitted untimely new expert reports, containing entirely new expert opinions, new calculations, and new analysis in violation of Federal Rule of Civil Procedure 26(a)(2)(B) and the Court's Scheduling Order. Defendant Nintendo of America Inc. ("NOA") therefore moves to strike and exclude the new opinions, calculations, and analysis of Mr. Walter Bratic and Dr. Isaac Davenport. The contentions of law, arguments, authorities, and evidence in support of NOA's Motion to Strike iLife's Untimely New Expert Opinions are provided in the accompanying Brief in Support and Appendix, filed contemporaneously herewith.

Dated:  July 10, 2017

Respectfully submitted,

*/s/  Stephen R. Smith*
Thomas C. Wright
Texas State Bar No. 24028146
Alex J. Whitman
Texas State Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75207
Telephone: (214) 646-1495
Fax: (214) 613-1163
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

Clyde M. Siebman
Texas State Bar No. 18341600
Siebman, Burg, Phillips & Smith, L.L.P.
300 N. Travis Street
Sherman, Texas  75090
Telephone: 903-870-0070
Facsimile:   903-870-0066
clydesiebman@siebman.com

Of Counsel:

Stephen R. Smith (*Pro Hac Vice*)
Rose Whelan (*Pro Hac Vice*)
Lisa F. Schwier *(Pro Hac Vice)*
Cooley LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004
(202) 842-7800
stephen.smith@cooley.com
rwhelan@cooley.com
lschwier@cooley.com

Matthew J. Brigham (*Pro Hac Vice*)
Dena Chen (*Pro Hac Vice*)
Cooley LLP

2

3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5677
mbrigham@cooley.com
dchen@cooley.com

Stephen P. McBride (*Pro Hac Vice*)
Cooley LLP
11951 Freedom Drive
Reston, VA 20190-5656
(703) 456-8000
smcbride@cooley.com

*Attorneys for Defendant*
*Nintendo of America Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Defendant Nintendo of America Inc. has complied with the meet-and-confer requirement in Local Civil Rule 7.1(a).  The Local Civil Rule 7.1(a) conference occurred on July 5-6, 2017, via email and telephone between Matthew J. Brigham (on behalf of Nintendo of America Inc.) and Wallace Dunwoody (on behalf of iLife Technologies, Inc.).  The parties were unable to reach agreement on the relief requested by this motion, and therefore this motion is being presented to the Court for determination.

/s/ Matthew Brigham
Matthew Brigham

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing **MOTION TO STRIKE iLIFE'S UNTIMELY NEW EXPERT OPINIONS; EXPEDITED BRIEFING REQUESTED BY SEPARATE MOTION** was served via CM/ECF upon all counsel of record on July 10, 2017.

/s/ Stephen R. Smith
Stephen R. Smith