# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 17-127 - In re: Nintendo of America Inc.

**Date of docketing:** July 10, 2017

A petition for writ of mandamus has been filed.

**Name of petitioner(s):** Nintendo of America Inc.

**Name of respondent(s),** if known: iLife Technologies, Inc.

**Related action(s):** if known: United States District Court for the Northern District of Texas, case no. 3:13-cv-04987-M

**Critical dates include:**

- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

The official caption is reflected on the electronic docket under the listing of the parties and counsel. The Rules of Practice and required forms are available at www.cafc.uscourts.gov.

Peter R. Marksteiner
Clerk of Court


cc: United States District Court for the Northern District of Texas
Samuel Wallace Dunwoody IV
Stephen R. Smith