NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

In re: **NINTENDO OF AMERICA INC.,**
*Petitioner*

2017-127

On Petition for Writ of Mandamus to the United States District Court for the Northern District of Texas in No. 3:13-cv-04987-M, Chief Judge Barbara M.G. Lynn.

**ON MOTION AND PETITION**

PER CURIAM.

**O R D E R**

Nintendo of America, Inc. submits a petition for a writ of mandamus to direct the United States District Court for the Northern District of Texas to dismiss the underlying case or transfer the case to the United States District Court for the Western District of Washington. Nintendo also submits a motion for a stay of the trial proceedings pending this court's resolution of its mandamus petition.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                                                  IN RE: NINTENDO OF AMERICA INC.

     iLife Technologies, Inc. is directed to respond to the petition and the motion for a stay within 7 days from the date of filing of this order. Any reply must be received within three days from the date of filing of the response.

                                            FOR THE COURT

                                            /s/ Peter R. Marksteiner
                                            Peter R. Marksteiner
                                            Clerk of Court

s24