IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ILIFE TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 3:13-cv-04987 |
| v. | § | |
| | § | |
| NINTENDO OF AMERICA INC., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT NINTENDO OF AMERICA INC.'S NOTICE OF
PETITION FOR WRIT OF MANDAMUS AND
EMERGENCY MOTION FOR STAY UNDER RULE 8**

Defendant Nintendo of America Inc. hereby provides notice to the Court that on July 10, 2017, NOA filed a Petition for Writ of Mandamus (the "Petition") ordering dismissal or transfer to the Western District of Washington pursuant to *TC Heartland LLC v. Kraft Foods Group Brands LLC*, 581 U.S. \_\_\_\_, 137 S. Ct. 1514 (May 22, 2017). *See In re Nintendo of America Inc.*, No. 17-127, Dkt. No. 2 (filed July 10, 2017). The Petition seeks relief from this Court's Memorandum Opinion and Order denying NOA's Motion to Dismiss or Transfer for Improper Venue Under 28 U.S.C. § 1406(a). Case No. 3:13-cv-04987, Dkt. No. 245 (June 27, 2017).

NOA also provides notice that it has concurrently filed an Emergency Motion for Stay Under Rule 8 (the "Emergency Motion") requesting the Federal Circuit stay the proceedings in this Court while the Petition is resolved.

The Federal Circuit has ordered that iLife respond to NOA's Petition and Motion on July 18, 2017. Order, *Nintendo of America Inc.*, No. 17-127, Dkt. No. 4 (July 11, 2017).

Dated:  July 11, 2017

Respectfully submitted,

*/s/  Stephen R. Smith*
Thomas C. Wright
Texas State Bar No. 24028146
Alex J. Whitman
Texas State Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75207
Telephone: (214) 646-1495
Fax: (214) 613-1163
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

Clyde M. Siebman
Texas State Bar No. 18341600
Siebman, Burg, Phillips & Smith, L.L.P.
300 N. Travis Street
Sherman, Texas  75090
Telephone: 903-870-0070
Facsimile:   903-870-0066
clydesiebman@siebman.com

Of Counsel:

Stephen R. Smith (*Pro Hac Vice*)
Rose Whelan (*Pro Hac Vice*)
Lisa F. Schwier *(Pro Hac Vice)*
Cooley LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004
(202) 842-7800
stephen.smith@cooley.com
rwhelan@cooley.com
lschwier@cooley.com

Matthew J. Brigham (*Pro Hac Vice*)
Dena Chen (*Pro Hac Vice*)
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5677
mbrigham@cooley.com
dchen@cooley.com

Stephen P. McBride (*Pro Hac Vice*)
Cooley LLP
11951 Freedom Drive
Reston, VA 20190-5656
(703) 456-8000
smcbride@cooley.com

*Attorneys for Defendant*
*Nintendo of America Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing DEFENDANT NINTENDO OF AMERICA INC.'S NOTICE OF PETITION FOR WRIT OF MANDAMUS was served via CM/ECF upon all counsel of record on July 11, 2017.

                                                                                    */s/ Stephen R. Smith*
                                                                                       Stephen R. Smith