NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: NINTENDO OF AMERICA INC.,**
*Petitioner*

---

2017-127

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of Texas in No. 3:13-cv-04987-M, Chief Judge Barbara M.G. Lynn.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Upon consideration of iLife Technologies, Inc.'s motion for an extension of time until July 21, 2017 to file its responses to Nintendo of America Inc.'s petition for writ of mandamus and motion for stay, and until July 25, 2017 for Nintendo to file its replies,

IT IS ORDERED THAT:

The motion is granted.

2                                   IN RE: NINTENDO OF AMERICA INC.

                                                                                                      FOR THE COURT

                                                                                                      /s/ Peter R. Marksteiner
                                                                                                      Peter R. Marksteiner
                                                                                                      Clerk of Court

s24