IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ILIFE TECHNOLOGIES, INC., | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 3:13-cv-04987-M |
| NINTENDO OF AMERICA INC., | | |
| Defendant. | | |

## ORDER

Before the Court is the Unopposed Motion for Expedited Briefing [ECF No. 250]. The Motion is **GRANTED**. The responsive brief to Nintendo of America Inc.'s Motion to Strike iLife's Untimely New Expert Reports is due July 24, 2017, and the reply brief is due July 31, 2017.

**SO ORDERED.**

July 13, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE