IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ILIFE TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-cv-4987-M |
| | § | |
| NINTENDO OF AMERICA, INC., | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Consistent with this Court's Order of the same date, notwithstanding the jury's verdict, under Federal Rule of Civil Procedure 50(b), the Court ORDERS, ADJUDGES, AND DECREES that claim 1 of U.S. Patent No. 6,864,796 is invalid under 35 U.S.C. § 101. Judgment is entered in favor of Defendant Nintendo of America, Inc., and against Plaintiff iLife Technologies, Inc. Pursuant to Rule 54(d), Defendant is awarded costs. Defendant may apply to the clerk for taxation of costs by filing a bill of costs no later than fourteen days after entry of this Final Judgment.

**SO ORDERED**.

January 17, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

1